**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO: 1:25-cv-08203**

| | |
|---|---|
| KENDRA DANDY,<br><br>   Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation,<br>SHEIN US SERVICES, LLC, a Delaware Limited Company, and<br>ROADGET BUSINESS PTE. LTD., a Singapore Limited Company,<br><br>   Defendants. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

  Plaintiff KENDRA DANDY ("Dandy"), by and through her undersigned counsel, bring this Complaint against Defendants SHEIN DISTRIBUTION CORPORATION, SHEIN US SERVICES, LLC, and ROADGET BUSINESS PTE. LTD. (collectively, "Shein") for damages and injunctive relief, and in support thereof states as follows:

**JURISDICTION AND VENUE**

  1. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

  2. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

  3. Shein is subject to personal jurisdiction in New York.

  4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Shein engaged in infringement in this district, and Shein is subject to personal jurisdiction in this district.

**SRIPLAW**

**PARTIES**

5.     Dandy brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Dandy's original copyrighted works of authorship after removal of her copyright management information.

6.     Dandy is a multidisclinary artist from Phildelphia knnown for her colorful illustrations and paintings. Dandy has developed her art style and painting techniques through meticulous experimentation, producing work that sparks a range of emotions and experiences personal to the viewer.

7.     Dandy specializes in working across a mix of mediums involving painting, printmaking, and digital media to create striking visual narratives featuring expressive characters -- most notably, her signature cheetahs, which serve as personal symbols of emotion and introspection. Alongside other recurring motifs, such as fashionable food and sassy cocktails, Dandy's artwork celebrates introversion, emotional depth, and the beauty of being true to oneself, all of which demonstrate how rare and personalized Dandy's works are.

8.     Dandy's artwork has high commercial value, which can be seen from her past collaboration with many Fortune 500 companies and influential brands, such as Marc Jacobs, NYX Cosemetics, Anthropolige, and Vans, spanning fashion, beauty, and home décor.

9.     Dandy cultivated a large, vibrant, and supportive digital following for her artworks. Throughout all relevant periods, Dandy retains all copyrights to her artworks and licenses her copyrighted works for commercial use.

10.     Defendant Shein Distribution Corporation ("SDC") is a Delaware corporation that conducts business in the State of New York. SDC "[h]eadquartered in Singapore" and has a principal place of business at 12 Marina Boulevard, #15-01, Marina Bay Financial Centre

Singapore (018982).¹ SDC can be served through Paracorp Incorporated, SDC's registered agent, at 2140 S. Dupont Highway, Camden, Delaware 19934.

11.     Defendant Shein US Services, LLC ("SUS") is a Delaware limited liability company that conducts business in the State of New York. SUS is "[h]eadquartered in Singapore" and has a principal place of business at 12 Marina Boulevard, #15-01, Marina Bay Financial Centre Singapore (018982).² SUS can be served through Paracorp Incorporated, SUS's registered agent, at 2140 S. Dupont Highway, Camden, Delaware 19934.

12.     Defendant Roadget Business Pte. Ltd. ("Roadget") is a Singapore limited company that conducts business in the State of New York. Roadget has a headquarter and principal place of business at 12 Marina Boulevard, #15-01, Marina Bay Financial Centre Singapore (018982).³

13.     Defendants SDC, SUS, and Roadget work together and do business in the State of New York as "Shein." Shein is known as the largest and fastest growing "fast fashion giant" retailer in the world. Shein hosts frequent retail events in New York City that attracts a high numbers of New York attendees and the participation of multiple New York vendors. ⁴ One

---

[1] Shein, *Our Global Presence*, SHEIN GROUP, https://www.sheingroup.com/about-us/our-global-presence/#:~:text=Headquartered%20in%20Singapore%2C%20SHEIN%20serves,D.C.%2C%20London%2C%20and%20Singapore (last visited Jul. 2, 2025).
[2] *See* footnote 1, *supra*.
[3] *See* footnote 1, *supra*.
[4] Examples include: **Shein retail event at 410 Lafayette Street, New York, New York 10003 on December 14 to 15, 2024**, Shein, *The Shein x. Klarna "Puppy Keep Play & Win" holiday activation is here!*, SHEIN GROUP, https://m.shein.com/us/campaigns/sheinpuppykeepnyc?lang=en&cdn_rsite=cf&ref=m&rep=dir&ret=mus (last visited Jul. 2, 2025); **Shein retail event at 1540 Broadway, B3, New York, New York 10036 on November 9 to 12, 2023**, Shein, *Shein Home For The Holidays,* SHEIN GROUP, https://us.shein.com/campaigns/shein_us_nycpopup (last visited Jul. 2, 2025) and Kate Fosha (PR & Communications Manager of Shein), *Shein Hosts a "Home For The Holidays" Immersive Pop-Up Experience For Customers In Time Square*, PR NEWSWIRE (Published Nov. 9, 2023) https://www.prnewswire.com/news-releases/shein-hosts-a-home-for-the-holidays-immersive-pop-up-experience-for-customers-in-times-square-301984072.html (last visited Jul. 2, 2025); **Shein retail event at 29 W 23rd St, New York, NY 10010 on week of October 26, 2022**, Juliet Schroder, *Shein Teams Up with Klarna for Special Wonderland Fashion Experience in New York City*, CELEBSECRETS.COM, (Published Oct. 31, 2022) https://celebsecrets.com/shein-teams-up-with-klarna-for-special-wonderland-fashion-experience-in-new-york-city/ (last visited Jul. 2, 2025); **Shein retail event at 513 Broadway, New York, NY 10012 on September 8 to 9, 2018**,

example of these New York retail events is the "SHEIN x Klarna Puppy Keep Play & Win, NYC" event held in SoHo at 410 Lafayette Street, New York, New York 10003 on December 14-15, 2024.[5] Another example, the "SHEIN x KLARNA Wonderland Experience," was a week-long event held in the Flatiron District at 29 W 23rd St, New York, NY 10010 in 2022 which even featured a performance by international superstar and award-winning musician Diplo, who has the established social influence to draw a crowd of up to 400,000 attendees.[6]

14.    As of 2023, Shein has recorded forty-five billion dollars ($45,000,000,000 USD) in gross merchandise value.[7]

15.    Since its founding in 2008, Shein has become successful in offering and distributing fashion products at extremely low prices at the expense of independent artists.

16.    At first glance, Shein looks like a regular online retailer. In reality, Shein is a data-driven operation that fuels rapid knockoffs. By collecting and tracking consumer behavior and trending designs on the internet, Shein passes this data, a collection of designs, to their manufacturers who quickly produce batches of copies with little regard for intellectual property rights.[8]

---

Shein, *Shein New York Pop-Up Store*, FACEBOOK https://www.facebook.com/events/735110840168971?active_tab=about (last visited Jul. 2, 2025).

[5] Average Socialite, *Shein x Klarna | Puppy Keep Play & Win, NYC*, AVERAGE SOCIALITE, LLC. https://www.averagesocialite.com/nyc-events/2024/12/14/shein-x-klarna-puppy-keep-play-amp-win (last visited Jul. 2, 2025).

[6] Juliet Schroder, *Shein Teams Up with Klarna for Special Wonderland Fashion Experience in New York City*, CELEBSECRETS.COM, (Published Oct. 31, 2022) https://celebsecrets.com/shein-teams-up-with-klarna-for-special-wonderland-fashion-experience-in-new-york-city/ (last visited Jul. 2, 2025); Spencer Parts, *What Cuba Thought of Major Lazer's Historic Havana Show*, PITCHFORK, (Published Mar. 8, 2026) https://pitchfork.com/thepitch/1047-what-cuba-thought-of-major-lazers-historic-havana-show/#:~:text=Spencer%20Parts%20reports%20from%20Havana,alike%20about%20the%20show's%20significance.&text=Diplo%20is%20wearing%20a%20Cuban,the%20two%20countries%20last%20spring (last visited Jul. 2, 2025).

[7] Ryan McMorrow, Eleanor Olcott, Mercedes Ruehl, Ivan Levingston, *Shein profits double to over $2bn ahead of planned listing*, FINANCIAL TIMES, (Published Mar. 31, 2024) https://www.ft.com/content/702223df-2e52-4e62-8f7c-93695a100d9b (last visited Jul. 2, 2025).

[8] John Foley, *Shein's fast fashion comes with fast-finance risks*, REUTERS (Published Mar. 28, 2024), https://www.reuters.com/breakingviews/sheins-fast-fashion-comes-with-fast-finance-risks-2024-03-28/ (last visited Jul. 2, 2025). II

17. At all times relevant herein, Shein owned and operated the internet website in the U.S. located at the URL www.us.shein.com ("Website").

18. On September 22, 2021, Dandy filed a complaint in the United States District Court for the Eastern District of Pennsylvania entitled Dandy v. Zoetop Business Co., Ltd., et al., Case 2:21-cv-04168-GAM, alleging claims of copyright infringement, vicarious and contributory copyright infringement, and violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1202 et seq. against Shein. That case was settled on February 8, 2023.

19. Now in 2025, Dandy alleges that Shein continued to copy Dandy's copyrighted works from the internet in order to advertise, market, and promote Shein's business activities. Shein committed the violations alleged in connection with Shein's business for purposes of advertising and promoting sales to the public in the course and scope of Shein's business.

## THE COPYRIGHTED WORKS

20. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, all of which are shown below, and which are referred to herein as the "Works." Copies of the Works can be found below. Copies of the Registration Certificates are attached hereto as **Exhibit 1**.

"Palm Trees II" Artwork



"Two Cheetahs" Artwork



"Tropical Glam Cat" Artwork



"Cheetah In Shades" Artwork



"Moody Artist Cheetah" Artwork



"Funky Friday" Artwork



21. Dandy is the owner of the copyrights for the aforementioned six (6) artworks.

22. The registrations for the Works can be found in the table below and are true and accurate copies of the Certificates of Registration are attached hereto as **Exhibit 1**.

| Title | Registration Date | Registration Number |
|---|---|---|
| Palm Trees II | June 28, 2021 | VA 2-259-997 |
| Two Cheetahs | September 8, 2020 | VA 2-220-233 |
| Tropical Glam Cat | September 8, 2020 | VA 2-220-231 |
| Cheetah In Shades | September 8, 2020 | VA 2-220-230 |
| Moody Artist Cheetah | September 12, 2020 | VA 2-219-985 |
| Funky Friday | September 12, 2020 | VA 2-219-933 |

23. Dandy's Works have copyright management information in the form of Dandy's artist name of "THEEBOUFFANTS" and the copyright registration symbol ©, which qualify as copyright management information under 17 U.S.C. § 1202(c) ("CMI"), as seen below:



24. Dandy's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Works are entirely original and creative. As such, the Works qualify as subject matter protectable under the Copyright Act.

25. At all relevant times, Dandy is the owner of the Works.

### INFRINGEMENT BY DEFENDANTS

26. Shein has never been licensed to use the Works for any purpose.

27. On a date after the Works were created, but prior to the filing of this action, Shein copied the Works.

28. On or about August 6, 2025, Dandy discovered the unauthorized use of her Works on Shein's Website. Comparative images can be found below:

Dandy's "Palm Trees II" Artwork

Shein's infringement




Dandy's "Tropical Glam" Artwork

Shein's infringement




Dandy's Cheetah In Shades" Artwork                    Shein's infringement




Dandy's "Two Cheetahs" Artwork                    Shein's infringement




Dandy's "Moody Artist Cheetah" Artwork | Shein's infringement




Dandy's "Funky Friday" Artwork | Shein's infringement




29. Shein copied the Works without Dandy's permission.

30. After Shein copied the Works, Shein made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its fast fashion business.

31. Shein copied Dandy's copyrighted Works in connection with Shein's business for purposes of advertising and promoting Shein's business, and in the course and scope of advertising and selling products and services.

32. Dandy never gave Shein permission or authority to copy, distribute or display the Work for any purpose.

33. When Shein copied and displayed the Works, Shein removed Dandys's CMI from the Works.

34. Dandy never gave Shein permission or authority to remove CMI from the Works.

35. Shein committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2.**

36. Dandy notified Shein of the allegations set forth herein on August 25, 2025. To date, the parties have failed to resolve the dispute.

### COUNT I
### COPYRIGHT INFRINGEMENT AGAINST DEFENDANTS
### FOR SALES IN THE U.S.

37. Dandy incorporates the allegations of paragraphs 1 through 36 of this Complaint as if fully set forth herein.

38. Dandy owns valid copyrights in the Works.

39. Dandy registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

40. Shein copied, displayed, and distributed the Works and made derivatives of the Works without Dandy's authorization in violation of 17 U.S.C. § 501 in connection with sales and offers to sell to U.S. consumers.

41. Shein performed the acts alleged in the course and scope of its business activities.

42. Shein's acts were willful.

43. Dandy has been damaged.

44. The harm caused to Dandy has been irreparable.

## COUNT II
## COPYRIGHT INFRINGEMENT AGAINST DEFENDANTS
## FOR SALES OUTSIDE THE U.S.

45. Dandy incorporates the allegations of paragraphs 1 through 36 of this Complaint as if fully set forth herein.

46. Dandy owns valid copyrights in the Works.

47. Dandy registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

48. Shein copied, displayed, and distributed the Work and made derivatives of the Work without Dandy's authorization in violation of 17 U.S.C. § 501 when Shein uploaded images of the Work and/or stored images of the Work on U.S. servers hosting the Shein's Content Delivery Network ("CDN").

49. CDN is a network of geographically distributed servers that work together to deliver web content more efficiently to users by caching content like images on servers distributed across the globe, directing users to the nearest server, improving web performance and enhancing web security.

50. The CDN that Shein uses utilizes servers in the United States to store and distribute images of their products. The images of the infringing products that use Dandy's Works were uploaded to and/or stored on servers located in the U.S. and then distributed from those U.S. servers to consumers.

51. Shein uses the CDN service to display the infringing images on their webpages in order to sell the infringing products that use Dandy's Works.

52. The images of the infringing products using the Works led to transactions with foreign customers. Shein owns and operates various domain names and webpages to engage in the sale, marketing, advertising, manufacturing, importation, and/or distribution of products online outside the United States.

53. Shein uploaded infringing images of the Works to U.S. servers operating the CDN for display on Shein's webpages and domains to sell products around the world.

54. Shein uploaded, selected, and used the images on U.S. servers operating the CDN to facilitate the sale of infringing products bearing the Works around the world.

55. Shein affirmatively uploaded the protected images to their U.S. servers and, as a result, the predicate acts of infringement took place in the United States.

56. The conduct relevant to the infringing acts by Shein occurred in U.S. territory.

57. Dandy is entitled to enforce the exclusivity guaranteed to them under Section 106 of the Copyright Act with respect to Shein's predicate acts of infringement in the U.S. even if those acts resulted in sales of infringing products outside the U.S.

58. Dandy asserts infringing use by Shein of Dandy's protected work in the U.S. that consequently led to sales outside of the country.

59. Shein's acts were willful.

60. Dandy has been damaged.

61. The harm caused to Dandy has been irreparable.

## COUNT III
## REMOVAL OR FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION

62. Dandy incorporates the allegations of paragraphs 1 through 36 of this Complaint as if fully set forth herein.

63. Dandy's Works contain copyright management information ("CMI") as defined by 17 U.S.C. § 1202 including the copyright symbol © and the name "THEBOUFFANTS" which are identifying information for the Works and for Dandy. As seen below:



64. Shein knowingly and with the intent to enable, conceal, or facilitate copyright infringement, removed from and failed to display the CMI in the Works in violation of 17 U.S.C. § 1202(b).

65. Alternatively, Shein knowingly and with the intent to induce, enable, facilitate, or conceal infringement, provided copyright management information that is false.

66. Shein committed these acts knowing or having reasonable grounds to know that they would induce, enable, facilitate or conceal infringement of Dandy's rights in the Works.

67. Shein caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Dandy's rights in the Works.

68. Dandy has been damaged.

69. The harm caused to Dandy has been irreparable.

WHEREFORE, Plaintiff KENDRA DANDY prays for judgment against the Defendants SHEIN DISTRIBUTION CORPORATION, SHEIN US SERVICES, LLC, and ROADGET BUSINESS PTE. LTD. that:

a. Shein and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b. Shein be required to pay Dandy the actual damages and Shein's profits attributable to the infringement, or, at Dandy's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

c. Dandy be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Dandy be awarded pre- and post-judgment interest; and

e. Dandy be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Kendra Dandy hereby demands a trial by jury of all issues so triable.

DATED: October 3, 2025                     Respectfully submitted,

/s/Debbie C. Yang
DEBBIE C. YANG (DY3137)

New York Bar No.: 6087050
Debbie.yang@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue, 25th Floor
New York, New York 10010
646.787.1082 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN (JR0352)
New York Bar No.: 2459576
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Kendra Dandy*